**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: October 14, 2020**

Jeffery P. Hopkins
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | |
|---|---|
| In Re: | Case No. 20-12478 |
| Brian M Parks<br>Charity A Parks | Chapter 13 |
| Debtor(s). | Judge Jeffery P. Hopkins |

**AGREED ORDER RESOLVING MOTION TO EXTEND AUTOMATIC STAY (Doc. 13) AND MOTION TO DISMISS CASE AND FOR ORDER BARRING DEBTOR FROM REFILING FOR 180 DAYS (Doc. 18)**

This matter having come on before the Court upon the Motion to Extend Automatic Stay (Doc. 13) and Objection (Doc. 20); and Motion to Dismiss Case and for Order Barring Debtor from Refiling for 180 Days (Doc. 18) filed herein by the secured creditor, U.S. Bank Trust N.A., as Trustee of Bungalow Series F Trust ("Creditor"), in regard to the property located at 6437 Ashdale Court, Liberty Township, OH 45044, the Court having jurisdiction over the subject matter:

1. The Parties hereby agree that the automatic stay is hereby extended;

2. The Parties hereby agree that beginning with the first plan payment due after the filing of this instant matter, the Debtors shall commence making timely plan payments, which payments include the payment due Creditor for the monthly mortgage payments, such that the Trustee is the disbursing agent for the mortgage payments, and continue to do so throughout the pendency of this instant bankruptcy;

3. That a plan payment is considered timely if the full monthly plan payment is tendered to the office of the Chapter 13 Trustee Margaret A. Burks on or before the tenth (10th) day of each month;

4. In the event that said Debtor should fail to make any future monthly plan payment to the Trustee, then, Movant shall give ten (10) days' notice and right to cure to Debtor's counsel and to the Debtor and the Chapter 13 Trustee; and thereafter Movant shall file a Notice of Stay Modification with the Court and upon submission of said notice, without further hearing, the stay shall be automatically terminated providing Movant with relief from stay. Relief from stay shall be effective against Debtor and any party to whom they may transfer the Real Property located at 6437 Ashdale Court Middletown Ohio 45044 for two years. If the case is dismissed by the Chapter 13 Trustee, Debtor is barred from filing another bankruptcy for 180 days.

SO ORDERED.

Respectfully Submitted,

/s/ Jon J. Lieberman
_____
Jon J. Lieberman (0058394)
Sottile & Barile, Attorneys at Law

394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Fax: 513.438.1311
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

/s/ David Andrade

David Andrade (0071979)
per authorization received via email 10/12/2020
Andrade Law Office LLC
6730 Roosevelt Ave., Suite 409
Middletown, OH 45005
Phone: 513-252-2502
Fax: 513-392-8450
Email: david@theandradelaw.com
Attorney for Debtor(s)

/s/ Margaret A Burks

Margaret A Burks (0030377)
per authorization received via email 10/12/2020
600 Vine Street, Suite 2200
Cincinnati, OH 45202
Phone: 513 621-4488
Email: Cincinnati@cinn13.org
Chapter 13 Trustee

COPIES TO:

Default List